UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:20-cr-00343-IM |
| v. | INDICTMENT |
| ISAIAH JASON MAZA, Jr., | 18 U.S.C. §§ 111(a)(1) and (b) |
| | 18 U.S.C. §§ 1361 and 2 |
| Defendant. | |

THE GRAND JURY CHARGES

### COUNT 1
(Assault on a Federal Officer with a Dangerous Weapon, Resulting in Bodily Injury)
(18 U.S.C. §§ 111(a)(1) and (b))

On or about July 22, 2020, in Multnomah County, in the District of Oregon, defendant **ISAIAH JASON MAZA, Jr.**, forcibly assaulted, intimidated, and interfered with Adult Victim 1 (AV1), a Deputy United States Marshal and a person designated as a federal officer in 18 U.S.C. § 1114, while AV1 was engaged in and on account of the performance of AV1's official duties, and in doing so used a dangerous weapon and inflicted bodily injury.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### COUNT 2
(Depredation of Federal Property in an Amount Exceeding $1,000)
(18 U.S.C. §§ 1361 and 2)

On or about July 22, 2020, in Multnomah County, in the District of Oregon, defendant **ISAIAH JASON MAZA, Jr.**, along with others who are presently unknown to the Grand Jury, willfully injured and committed a depredation against the Mark O. Hatfield United States

Courthouse, which is property of the United States, resulting in damage exceeding the sum of $1,000.

In violation of Title 18, United States Code, Sections 1361 and 2.

DATED this __18__ day of August 2020.

                                          A TRUE BILL.

                                          OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_/s/ Gary Y. Sussman_
GARY Y. SUSSMAN
Assistant United States Attorney