BILLY J. WILLIAMS, OSB 901366
United States Attorney
District of Oregon
**GARY Y. SUSSMAN, OSB 873568**
Assistant United States Attorney
gary.sussman@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:  (503) 727-1000
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 3:20-CR-00343-IM |
| v. | **MOTION TO DISMISS** |
| **ISAIAH JASON MAZA, Jr.** | |
| **Defendant.** | |

Pursuant to Fed. R. Crim. P. 48(a), the United States of America moves the Court for an order dismissing the indictment in this case because defendant is now deceased.

DATED:  February 8, 2021.                    Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

 */s/ Gary Y. Sussman*
GARY Y. SUSSMAN, OSB 873568
Assistant United States Attorney