UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:20-CR-00343-IM |
| v. | ORDER |
| ISAIAH JASON MAZA, Jr. | |
| **Defendant.** | |

This matter came before the Court on the government's motion to dismiss filed under Fed. R. Crim. P. 48(a). Based on the government's motion, IT IS ORDERED that the indictment in this case is dismissed.

DATED: February __9th__, 2021.

_____
KARIN J. IMMERGUT
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

_/s/ Gary Y. Sussman_____
GARY Y. SUSSMAN, OSB 873568
Assistant United States Attorney